# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS,<br><br>         Plaintiff,<br><br>   v.<br><br>ROBLES, et al.,<br><br>         Defendants. | CASE NO. 1:07-cv-00110-OWW-LJO PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. 2)<br><br>ORDER REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE IN FULL WITHIN THIRTY DAYS OR ACTION WILL BE DISMISSED |

     Plaintiff Keith Thomas ("plaintiff") is a state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. On January 19, 2007, plaintiff filed the complaint in this action and on January 22, 2007, plaintiff filed an affidavit attesting to his inability to pay the filing fee.

     28 U.S.C. § 1915 governs proceedings in forma pauperis. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." To date, plaintiff has filed sixty-nine actions in the United States District Court for the Eastern District of California and has had three or more actions dismissed as frivolous, as

Dockets.Justia.com

1  malicious, or for failing to state a claim upon which relief may be granted.[1] Thus, plaintiff is subject
2  to 28 U.S.C. § 1915(g) and is precluded from proceeding in forma pauperis unless plaintiff is, at the
3  time the complaint is filed, under imminent danger of serious physical injury.
4     The Court has reviewed plaintiff's complaint and finds that plaintiff has alleged no facts that
5  support a finding he is, at this time, under imminent danger of serious physical injury. Accordingly,
6  plaintiff may not proceed in forma pauperis, and must submit the appropriate filing fee in order to
7  proceed with this action.
8     Based on the foregoing, it is HEREBY ORDERED that:
9     1.  Pursuant to 28 U.S.C. § 1915(g), plaintiff is denied leave to proceed in forma
10        pauperis in this action; and
11    2.  Plaintiff shall pay the $350.00 filing fee in full within thirty (30) days or this action
12        will be dismissed, without prejudice.

14 IT IS SO ORDERED.
15 **Dated:   January 29, 2007**          **/s/ Oliver W. Wanger**
   emm0d6                                UNITED STATES DISTRICT JUDGE

---

[1] Among the dismissals suffered by plaintiff that count as strikes under 1915(g) are Thomas v. Galaza, 1:00-cv-05345-AWI-LJO PC (dismissed for failure to state a claim and/or as frivolous on 6/26/00), Thomas v Kim, 1:99-cv-06553-AWI-HGB PC (dismissed for failure to state a claim on 8/29/00), and Thomas v. Galaza, 1:00-cv-05348-OWW-LJO PC (dismissed for failure to state a claim on 11/14/00).