# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS, | CASE NO. 1:07-cv-00110-OWW-NEW (DLB) PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITHOUT PREJUDICE, BASED ON PLAINTIFF'S FAILURE TO PAY THE $350.00 FILING FEE |
| v. | |
| ROBLES, et al., | (Doc. 4) |
| Defendants. | |

Plaintiff Keith Thomas ("plaintiff") is a state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. On January 30, 2007, pursuant to 28 U.S.C. § 1915, the Court issued an order denying plaintiff leave to proceed in forma pauperis in this action, and requiring plaintiff to pay the $350.00 filing fee in full within thirty days or dismissal without prejudice would result. (Doc. 4.) More than thirty days have passed and plaintiff has not complied with or otherwise responded to the Court's order.

Accordingly, pursuant to 28 U.S.C. § 1915(g), this action is HEREBY DISMISSED, without prejudice, based on plaintiff's failure to pay the $350.00 filing fee within thirty days.

IT IS SO ORDERED.

**Dated:   April 13, 2007**               /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

1